# Exhibit C

An official website of the United States government Here's how you know

FREEDOM250
Countdown to America's 250th Anniversary
July 4, 2026

Learn More

U.S. DEPARTMENT OF THE TREASURY

# Treasury Sanctions Major Russian Oil Companies, Calls on Moscow to Immediately Agree to Ceasefire

October 22, 2025

**WASHINGTON** — Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) is imposing further sanctions as a result of Russia's lack of serious commitment to a peace process to end the war in Ukraine. Today's actions increase pressure on Russia's energy sector and degrade the Kremlin's ability to raise revenue for its war machine and support its weakened economy. The United States will continue to advocate for a peaceful resolution to the war, and a permanent peace depends entirely on Russia's willingness to negotiate in good faith. Treasury will continue to use its authorities in support of a peace process.

"Now is the time to stop the killing and for an immediate ceasefire," **said Secretary of the Treasury Scott Bessent.** "Given President Putin's refusal to end this senseless war, Treasury is sanctioning Russia's two largest oil companies that fund the Kremlin's war machine. Treasury is prepared to take further action if necessary to support President Trump's effort to end yet another war. We encourage our allies to join us in and adhere to these sanctions."

Today's action targets Russia's two largest oil companies, **Open Joint Stock Company Rosneft Oil Company** (Rosneft) and **Public Joint-Stock Company Oil Company Lukoil** (Lukoil), which are now designated. Rosneft is a vertically integrated energy company specializing in the exploration, extraction, production, refining, transport, and sale of petroleum, natural gas, and petroleum products. Lukoil engages in the exploration, production, refining, marketing, and distribution of oil and gas in Russia and internationally.

Rosneft and Lukoil are being designated pursuant to E.O. 14024 for operating or having operated in the energy sector of the Russian Federation economy.

Additionally, OFAC is designating a number of Russia-based Rosneft and Lukoil subsidiaries, a list of which is available in Annex 1 below. All entities owned 50 percent or more, directly or

indirectly, by Rosneft and Lukoil are blocked pursuant to E.O. 14024, even if not designated by OFAC.

## ANNEX 1: ROSNEFT AND LUKOIL SUBSIDIARIES

The following Russia-based Lukoil and Rosneft subsidiaries are being designated pursuant to E.O. 14024 for operating or having operated in the energy sector of the Russian Federation economy:

- Lukoil subsidiary **Limited Liability Company Lukoil Perm** is involved in geological exploration and oil and gas production in Russia.
- Lukoil subsidiary **Lukoil Aik A Limited Liability Company** is involved in oil and gas production in Russia.
- Lukoil subsidiary **Lukoil Kaliningradmorneft** is developing onshore and offshore oil and gas fields in Russia.
- Lukoil subsidiary **Lukoil West Siberia Limited** is involved in oil and gas production in Russia.
- Lukoil subsidiary **Russian Innovation Fuel and Energy Company** is involved in the development, production, testing, and implementation of new technologies, techniques, and equipment for the development of hard-to-recover hydrocarbon reserves and enhanced oil recovery in Russia.
- Lukoil subsidiary **Uraloil** is developing oil and gas fields in Russia.
- Rosneft subsidiary **Aktsionernoe Obshchestvo Kuibyshevskii Neftepererabatyvayushchii Zavod** operates an oil refinery in Russia.
- Rosneft subsidiary **AO Sibneftegaz** is developing gas and gas condensate fields in Russia.
- Rosneft subsidiary **Bashneft Dobycha** is developing almost 200 hydrocarbon fields in Russia.
- Rosneft subsidiary **CJSC Vankorneft** is developing a large oil and gas field in Russia.
- Rosneft subsidiary **Joint Stock Company East Siberian Oil and Gas Company** is developing an oil and gas condensate field in Russia.
- Rosneft subsidiary **Joint Stock Company Grozneftegaz** produces oil and gas in Russia.
- Rosneft subsidiary **Joint Stock Company Rospan International** is developing oil and gas deposits in Russia.

- Rosneft subsidiary **Joint Stock Company Ryazan Oil Refinery Company** operates an oil refinery in Russia.
- Rosneft subsidiary **Joint Stock Company Samaraneftegaz** produces oil in Russia.
- Rosneft subsidiary **Kharampurneftegaz** is developing a gas field in Russia.
- Rosneft subsidiary **Limited Liability Company Bashneft Polus** explores, produces, and refines oil and oil products in Russia.
- Rosneft subsidiary **Limited Liability Company Kynsko Chaselskoe Neftegaz** manages oil and gas condensate fields in Russia.
- Rosneft subsidiary **Limited Liability Company RN Purneftegaz** is developing oil and gas fields in Russia.
- Rosneft subsidiary **Limited Liability Company RN Tuapse Oil Refinery** operates an oil refinery in Russia.
- Rosneft subsidiary **Limited Liability Company RN-Krasnodarneftegaz** produces oil and gas in Russia.
- Rosneft subsidiary **OJSC Achinsk Refinery** operates an oil refinery in Russia.
- Rosneft subsidiary **OJSC Novokuybyshevsk Refinery** operates an oil refinery in Russia.
- Rosneft subsidiary **OJSC Orenburgneft** produces oil and gas in Russia and operates a gas processing plant in Russia.
- Rosneft subsidiary **OJSC Samotlorneftegaz** is involved in the exploration and development of oil and gas fields in Russia.
- Rosneft subsidiary **OJSC Syzran Refinery** operates an oil refinery in Russia.
- Rosneft subsidiary **PJSC Verkhnechonskneftegaz** is developing a large oil and gas condensate field in Russia.
- Rosneft subsidiary **Public Joint Stock Company Saratov Oil Refinery** operates an oil refinery in Russia.
- Rosneft subsidiary **Publichnoe Aktsionernoe Obschestvo Udmurtneft Imeni VI Kudinova** produces oil in Russia.
- Rosneft subsidiary **RN Komsomolskiy Refinery** operates an oil refinery in Russia.
- Rosneft subsidiary **RN Nyaganneftegaz** is involved in crude oil production in Russia.
- Rosneft subsidiary **RN Uvatneftegaz** is developing almost 40 oil or oil and gas condensate fields in Russia.
- Rosneft subsidiary **RN Yuganskneftegaz** produces oil in Russia.

- Rosneft subsidiary **Taas Yuryakh Neftegazodobycha** is developing an oil and gas field in Russia.

## SANCTIONS IMPLICATIONS

As a result of today's action, all property and interests in property of the designated or blocked persons described above that are in the United States or in the possession or control of U.S. persons are blocked and must be reported to OFAC. In addition, any entities that are owned, directly or indirectly, individually or in the aggregate, 50 percent or more by one or more blocked persons are also blocked. Unless authorized by a general or specific license issued by OFAC, or exempt, OFAC's regulations generally prohibit all transactions by U.S. persons or within (or transiting) the United States that involve any property or interests in property of blocked persons.

Violations of U.S. sanctions may result in the imposition of civil or criminal penalties on U.S. and foreign persons. OFAC may impose civil penalties for sanctions violations on a strict liability basis. OFAC's Economic Sanctions Enforcement Guidelines provide more information regarding OFAC's enforcement of U.S. economic sanctions. In addition, financial institutions and other persons may risk exposure to sanctions for engaging in certain transactions or activities with designated or otherwise blocked persons.

In addition, foreign financial institutions that conduct or facilitate significant transactions or provide any service involving Russia's military-industrial base, including any persons blocked pursuant to E.O. 14024, run the risk of being sanctioned by OFAC. For additional guidance, please see the updated OFAC advisory, "Updated Guidance for Foreign Financial Institutions on OFAC Sanctions Authorities Targeting Support to Russia's Military-Industrial Base," as well as OFAC Frequently Asked Questions (FAQs) 1146-1152, 1181-1182.

Furthermore, engaging in certain transactions involving the persons designated today may risk the imposition of secondary sanctions on participating foreign financial institutions. OFAC can prohibit or impose strict conditions on opening or maintaining, in the United States, a correspondent account or a payable-through account of a foreign financial institution that knowingly conducts or facilitates any significant transaction on behalf of a person who is designated pursuant to the relevant authority.

The power and integrity of OFAC sanctions derive not only from OFAC's ability to designate and add persons to the SDN List, but also from its willingness to remove persons from the SDN List

consistent with the law. The ultimate goal of sanctions is not to punish, but to bring about a positive change in behavior. For information concerning the process for seeking removal from an OFAC list, including the SDN List, or to submit a request, please refer to OFAC's guidance on Filing a Petition for Removal from an OFAC List.

Any persons included on the SDN List pursuant to E.O. 14024 may be subject to additional export restrictions administered by the Department of Commerce, Bureau of Industry and Security (BIS).

For identifying information on the individuals and entities sanctioned today, click here.

###

# Submit OFAC Reconsideration Request

The Office of Foreign Assets Control (OFAC) derives its effectiveness not only from its authority to designate persons and add them to sanctions lists, including the Specially Designated Nationals and Blocked Persons List (SDN List), but also from its willingness to remove persons from those lists when consistent with the law. The ultimate goal of sanctions is to encourage changes in behavior that advance U.S. foreign policy or national security objectives. Accordingly, listed persons, as well as owners or authorized representatives of listed property, may request that OFAC reconsider a sanctions action pursuant to 31 C.F.R. § 501.807. Each year, OFAC removes persons and property from the SDN List following a thorough review of available information, including the arguments and evidence submitted by the petitioner. Maintaining the integrity of U.S. sanctions is a high priority for OFAC and the guiding principle behind its rigorous review process. OFAC evaluates each request consistent with law and on its individual merits.

**Complete this form to request removal from any OFAC sanctions list, including the SDN List. This form may be used to request removal of persons or property sanctioned by either OFAC or the U.S. Department of State.**

**You may also use this form to request a courtesy document, which is a list of sources that identifies unclassified information supporting a decision to add a listed person or property to an OFAC-administered sanctions list.**

# Reconsideration Request Form

## Before You Begin

i This form will take approximately one hour to complete. Please read these instructions carefully before filling out the form.
To complete your submission, you will need the following information about the listed person or property:

- OFAC listing information and Unique Identification Number
- Government-issue identification numbers, or equivalents, and digital copies of identification documents, such as a national ID, passport, registration, or other official document
- Email, mailing, and physical addresses used in the last five (5) years
- If petitioning on behalf of a listed person or property, proof of authorization to act on behalf of that person or property.
- Arguments and evidence showing that there is insufficient basis for the sanction or that the circumstances resulting in the sanction no longer apply.
- Any proposed remedial steps that would negate the basis for the sanction.

All questions in this form are required to submit a request for reconsideration and are designed to help OFAC reach and issue a determination. Some questions may be difficult to answer. Failure to provide requested information, or providing false or misleading information, may result in denial of your request for reconsideration. Please answer each to the best of your ability.

Start

**If you have questions, comments, or concerns, please** Contact OFAC.

WARNING! MAKING FALSE OR MISLEADING STATEMENTS ON OR IN CONNECTION WITH THIS SYSTEM MAY CONSTITUTE SERIOUS VIOLATIONS OF FEDERAL LAW AND MAY RESULT IN SUBSTANTIAL CIVIL OR CRIMINAL PENALTIES.

OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE

## ADDITIONAL RESOURCES

Privacy Act

Small Business Center

Budget and Performance

TreasuryDirect.gov Securities/Bonds

Freedom of Information Act (FOIA)

No FEAR Act Data

Whistleblower Protection

## HELPFUL OFAC LINKS

Sign Up For OFAC Email Alerts

Contact OFAC

Dealing with an "OFAC Alert"

List of Country-Related Sanctions

Appeal an OFAC designation or other listing

## OTHER GOVERNMENT SITES

USA.gov

USAJOBS.gov

OPM.gov

MyMoney.gov

Data.gov

Privacy Policy • Google Privacy • Site Policies and Notices • Accessibility