# Exhibit D

An official website of the United States government Here's how you know



**Specially Designated Nationals List (SDN List)**

Consolidated Sanctions List (Non-SDN Lists)

Additional Sanctions Lists

Search OFAC's Sanctions Lists

Sanctions Programs and Country Information

Recent Actions

OFAC License Application Page

Additional OFAC Resources

Frequently Asked Questions

Civil Penalties and Enforcement

# How to Request Removal from an OFAC Sanctions List

This page provides an overview of the process for requesting removal from an OFAC sanctions list and OFAC's process for reviewing and adjudicating delisting petitions.

Persons or property (via authorized representatives) that have been listed on an OFAC sanctions list can request a "courtesy document" or submit a petition for administrative reconsideration (also referred to as a "delisting petition" or a "reconsideration request"), on their own or through an authorized representative, via the Reconsideration Portal.

## Guidance and Requesting Courtesy Documents or Reconsideration

### Guidance

### Requesting a Courtesy Document

### Submitting a Delisting Petition

Information

OFAC Reporting System

Selected General Licenses Issued by OFAC

Contact OFAC

Required Information

Relevant Argumentation

Delisting petitions should include arguments and evidence that support one of two justifications for removal from OFAC's sanctions list:

1. that the circumstances resulting in the sanction no longer apply, i.e., a "change in circumstances"; or
2. that an insufficient basis exists for the sanction.

**Change in Circumstances**

OFAC considers change-in-circumstances arguments to be those demonstrating that, after the sanction was imposed, the sanctioned person took steps to remove the basis for the sanction or that the circumstances underlying the sanction otherwise changed. This may include resignation from a position held at the time of sanctioning; the liquidation, dissolution, or termination of a listed entity; or the cessation of all activity that poses a threat to the foreign policy, national security, or economy of the United States. Please note, transferring assets to other designated or blocked persons or other sham transactions may be viewed by OFAC as sanctionable conduct and/or that the circumstances underlying the sanction have not changed. Persons seeking to effect a change in circumstances by transferring assets or divesting from sanctioned entities to conduct due diligence on counterparties should coordinate with OFAC in advance, as these transactions could themselves

trigger additional sanctions or expose third-party actors to possible sanctions.

- A sanctioned person may also propose remedial steps that they believe would negate the basis for the sanction. However, proposed remedial steps are not a substitute for arguments establishing a change in circumstances.

### Insufficient Basis

OFAC considers insufficient-basis arguments to be those demonstrating that, at the time of the sanction, facts or circumstances existed showing that there was no basis for the sanction. This may include sanctions based on mistaken identity. It may also include sanctions on individuals who had resigned from relevant roles, or sanctions on entities that had dissolved, before the sanctions were imposed.

While OFAC expects many petitions to be submitted under only one of the two justifications (change in circumstance or insufficient basis), the Portal will allow arguments to be submitted under both justifications. Where appropriate, clearly state in any submitted arguments and evidence which justification applies.

To be successfully removed from an OFAC sanctions list, petitions involving persons or property sanctioned under multiple authorities will need to meet the criteria for removal from OFAC sanctions lists with respect to *all* authorities under which the person or property is sanctioned. For example, if an entity was designated pursuant to two Executive orders, a delisting petition would need to address relevant designation criteria for both Executive

orders. The same applies if the entity was sanctioned under multiple designation criteria within a single sanctions authority—the delisting petition would need to address each designation criteria to be removed from an OFAC sanctions list.

**OFAC's Review and Reinvestigation of Delisting Petitions**

**Frequently Asked Questions Regarding Reconsideration**

**Additional Information**




## Submit a Request for Reconsideration or Record Request

**Reconsideration Portal**

OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE

ADDITIONAL RESOURCES

Privacy Act

Small Business Contacts

Budget and Performance

TreasuryDirect.gov Securities/Bonds

Freedom of Information Act (FOIA)

No FEAR Act Data

Whistleblower Protection

HELPFUL OFAC LINKS

Sign Up For OFAC E-mail Alerts

Contact OFAC

Dealing with an "OFAC Alert"

List of Country-related Sanctions

Appeal an OFAC designation or other listing

OTHER GOVERNMENT SITES

USA.gov

USAJOBS.gov

OPM.gov

MyMoney.gov

Data.gov

Privacy Policy • Google Privacy • Site Policies and Notices • Accessibility