# Exhibit E

**From:** OFAC.Reconsideration@treasury.gov <OFAC.Reconsideration@treasury.gov>
**Sent:** Thursday, September 11, 2025 3:42 PM
**To:** Farhad Alavi <falavi@akrivislaw.com>
**Cc:** Sabrina Shammas <sshammas@akrivislaw.com>; OFAC.Reconsideration@treasury.gov
**Subject:** RE: Request for Removal from SDN List | Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687)

**DISCLAIMER:** This e-mail was sent by an external sender outside Akrivis Law Group, PLLC.

Dear Mr. Alavi,

Thank you for your email below. Unfortunately, we are unable to confirm whether a potential questionnaire may be issued in the above matter in the future. However, we confirm that your client's case is being actively worked and we do not have any questions at this time. As previously stated, we will follow-up should we have further questions.

Sincerely,
OFAC Reconsideration

**From:** Farhad Alavi falavi@akrivislaw.com>
**Sent:** Wednesday, September 3, 2025 6:00 PM
**To:** OFAC.Reconsideration <OFAC.Reconsideration@treasury.gov>
**Cc:** Sabrina Shammas <sshammas@akrivislaw.com>
**Subject:** RE: Request for Removal from SDN List | Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687)

** **Caution:** External email from: [**falavi@akrivislaw.com**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Dear Sir or Madam:

Thank you for your reply. It appears from your email that you may adjudicate this case without a questionnaire. Are we understanding this correctly?

Best,

Farhad Alavi

**From:** OFAC.Reconsideration@treasury.gov <OFAC.Reconsideration@treasury.gov>
**Sent:** Wednesday, September 3, 2025 4:18 PM
**To:** Farhad Alavi <falavi@akrivislaw.com>
**Cc:** Sabrina Shammas <sshammas@akrivislaw.com>; OFAC.Reconsideration@treasury.gov
**Subject:** RE: Request for Removal from SDN List | Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687)

**DISCLAIMER:** This e-mail was sent by an external sender outside Akrivis Law Group, PLLC.

Dear Mr. Alavi,

Thank you for your email below regarding RUSSIA-EO14024-40184. Please know that your client's request for reconsideration is currently under review and OFAC is working diligently to reach a decision concerning their case. We appreciate the information you have provided in your submission and will follow up if we have any additional questions.

Sincerely,
OFAC Reconsideration

**From:** Farhad Alavi <falavi@akrivislaw.com>
**Sent:** Friday, August 22, 2025 11:27 AM
**To:** OFAC.Reconsideration <OFAC.Reconsideration@treasury.gov>
**Cc:** Sabrina Shammas <sshammas@akrivislaw.com>
**Subject:** RE: Request for Removal from SDN List | Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687)

** **Caution:** External email from: [**falavi@akrivislaw.com**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Dear Sir or Madam:

This is in follow-up to the below. It has now been over five months since we submitted the delisting request for Mr. Oleg Tkach to OFAC on March 13. Should we be expecting a questionnaire soon?

Please advise and also let us know if you have any questions or need any other materials or information from our end.

We look forward to hearing from you.

Sincerely yours,

Farhad Alavi

**From:** OFAC.Reconsideration@treasury.gov <OFAC.Reconsideration@treasury.gov>
**Sent:** Tuesday, July 1, 2025 4:05 PM
**To:** Farhad Alavi <falavi@akrivislaw.com>
**Cc:** Sam Amir Toossi <atoossi@akrivislaw.com>; Sabrina Shammas <sshammas@akrivislaw.com>; OFAC.Reconsideration@treasury.gov
**Subject:** RE: Request for Removal from SDN List | Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687)

**DISCLAIMER:** This e-mail was sent by an external sender outside Akrivis Law Group, PLLC.

Dear Mr. Alavi,

This letter responds to your correspondence dated June 12, 2025 to the Office of Foreign Assets Control (OFAC), inquiring as to the status of your client's petition for removal, RUSSIA-EO14024-40184.

OFAC is reviewing your petition request. As you are aware, OFAC has many persons that have requested reconsideration and the process can be lengthy as each case is addressed individually.

At this time, we are unable to provide a timeframe for the issuance of potential questionnaires, but we understand that this matter is a priority and will reach out to you when we have future updates. Your patience is appreciated.

Thank you,
OFAC Reconsideration

**From:** Farhad Alavi <falavi@akrivislaw.com>
**Sent:** Thursday, June 12, 2025 5:32 PM
**To:** OFAC.Reconsideration <OFAC.Reconsideration@treasury.gov>
**Cc:** Sam Amir Toossi <atoossi@akrivislaw.com>; Sabrina Shammas <sshammas@akrivislaw.com>
**Subject:** RE: Request for Removal from SDN List | Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687)

** **Caution:** External email from: [**falavi@akrivislaw.com**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Dear Sir or Madam:

We are writing in follow-up to the below delisting petition we filed on Mr. Tkach's behalf as it has now been 90 days since it was filed and we have yet to receive a questionnaire from OFAC. Please do let us know if you intend on sending one any time soon, and if you have any questions.

Sincerely yours,

Farhad Alavi

**From:** Farhad Alavi
**Sent:** Friday, March 14, 2025 2:19 AM
**To:** 'OFAC.Reconsideration@treasury.gov' <OFAC.Reconsideration@treasury.gov>
**Cc:** Sam Amir Toossi <atoossi@akrivislaw.com>; Sabrina Shammas <sshammas@akrivislaw.com>
**Subject:** Request for Removal from SDN List | Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687)
**Importance:** High

Dear Sir or Madam:

Attached please find a petition requesting reconsideration of the decision by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) to designate our client Mr. Oleg Polikarpovich Tkach (SDN Ref. No. 3687) to OFAC's List of Specially Designated Nationals and Blocked Persons.

Importantly, kindly note that you may have received another email with the same subject header. Immediately upon filing we noticed certain errata and recalled that message. In the event it was not recalled on your side, please disregard and refer to the version attached herein.

Please contact us should you have any questions.

Sincerely yours,

Farhad Alavi

akrivis® | LAW GROUP PLLC

Farhad Alavi
Managing Partner
falavi@akrivislaw.com
/farhadalavi

5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
+1.703.867.0566
+1.202.686.4859

akrivislaw.com

**CONFIDENTIALITY.** This e-mail and any attachments are confidential, except where the e-mail states it may be disclosed; and it may also be privileged. If received in error, please do not disclose its contents to anyone, but notify the sender by return e-mail and delete this email and any attachments from your system.

**IRS CIRCULAR 230.** Unless expressly stated otherwise, any federal tax advice contained in this communication and any attachments cannot be used for the purpose of avoiding penalties imposed by the Internal Revenue Service (IRS), or to promote any federal tax transaction.