AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Oleg Polikarpovich Tkach | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No.    26-cv-2461 |
| Scott Bessent, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oleg Polikarpovich Tkach                                                                 .

Date:       07/14/2026                                     /s/ Derek A. Jackson
                                                              *Attorney's signature*

                                                    Derek A. Jackson (D.C. Bar No. 1643094)
                                                              *Printed name and bar number*

                                                    2001 Pennsylvania Ave NW, Suite 300
                                                    Washington D.C., 20006

                                                              *Address*

                                                    djackson@cohengresser.com
                                                              *E-mail address*

                                                    (212) 957-7600
                                                              *Telephone number*

                                                    (212) 957-4514
                                                              *FAX number*